IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   20-06001-01-CR-SJ-DGK |
| | ) | |
| ANTHONY D. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 19, 2023, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241.   (Doc. 108)   Defendant was examined by Alicia Gilbert, Ph.D., who prepared a report dated May 9, 2023.   (Doc. 112)

A competency hearing was held on May 24, 2023.   The Government was represented by Assistant United States Attorney David Barnes.   Defendant appeared with appointed counsel Katrina Robertson.   The parties stipulated that Dr. Gilbert would testify consistent with her report.   (Doc. 115, pp. 2-3)   No additional evidence was presented.   Based upon the uncontroverted evidence, I find that Defendant is competent to proceed.   Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

_/s/ Jill A. Morris_
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE
