# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 5:20-CR-06001-01-DGK |
| ANTHONY D. GRIFFIN, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Now before the Court is the Honorable Magistrate Judge Jill A. Morris's Report and Recommendation that Defendant Anthony D. Griffin is competent to stand trial. ECF No. 116.

On May 9, 2023, Alicia Gilbert, Ph.D. issued a forensic evaluation report finding Defendant currently competent to stand trial. ECF No. 112. On May 24, 2023, Judge Morris conducted a competency hearing wherein the parties stipulated that Dr. Gilbert would testify consistent with her report if she had testified at the hearing. ECF Nos. 114, 115.

On June 1, 2023, Judge Morris entered a Report and Recommendation that Defendant is presently competent to stand trial. ECF No. 116. Neither party has filed an objection to the Report and Recommendation, and the time to do so has now passed.

After an independent, de novo review of the record and applicable law, the Court ADOPTS the Report and Recommendation in its entirety, and the Court finds that Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

Date: July 5, 2023 /s/ Greg Kays
GREG KAYS, JUDGE

UNITED STATES DISTRICT COURT